IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GLORIA J HALFACRE**                                              **PLAINTIFF**

v.                        Case No. 3:23-cv-00170-BRW-JTK

**KILOLO KIJAKAZI,**                                          **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Plaintiff Gloria Halfacre's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED.

SO ORDERED THIS 30th day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE