# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GLORIA J HALFACRE**                                                                       **PLAINTIFF**

**v.**                                        Case No. 3:23-cv-00170-JTK

**KILOLO KIJAKAZI,**                                                        **DEFENDANT**
**Acting Commissioner**
**Social Security**

## **ORDER**

Before the Court is Plaintiff's Motion for Judgment. (Doc. No. 13)

On December 15, 2023, Defendant filed a Motion to Remand this case to the Commissioner for further administrative proceedings (Doc. No. 9), which was granted by the Court on December 20, 2023. (Doc. No. 11) Unlike a sentence-four remand where an immediate judgment is entered, a sentence-six remand requires judgment to be withheld until post-remand proceedings are concluded.

Following the remand entered by this Court on December 20, 2023, the Commissioner entered a decision favorable to the Plaintiff, which concluded the proceedings. As such, an entry of judgment is now ripe in this case and Plaintiff's Motion for Judgment (Doc. No. 13) is granted. The clerk is directed to administratively close this file.

SO ORDERED THIS 7th day of November, 2024.

                                                                                                             _____
                                                                                                             JEROME T. KEARNEY
                                                                                                             UNITED STATES MAGISTRATE JUDGE